**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

JAMES STEPHEN CASSIDY, )
)
             Plaintiff, )
)
v. )
)
JEFFERSON PILOT FINANCIAL INSURANCE )    No. 07-0143-CV-W-DW
COMPANY and MID STATES SUPPLY )
GROUP LONG TERM DISABILITY )
INSURANCE PLAN, )
)
             Defendants. )

**ORDER OF DISMISSAL**

       Before the Court is the parties' Stipulation of Dismissal. (Doc. 10). Pursuant to the

dismissal, the above case is hereby DISMISSED WITH PREJUDICE with each party to bear its

own costs.

       IT IS SO ORDERED.

Date:   June 12, 2007                    /s/ Dean Whipple
                                           Dean Whipple
                                 United States District Judge